# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

July 14, 2005

Norman M. Monhait, Esquire
Rosenthal, Monhait, Gross & Goddess
Citizens Bank Center, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

Joanne P. Pinckney, Esquire
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801

      RE:    Levine v. Metal Recovery Technologies, Inc. et al.,
               C.A. No. 96-525-JJF

Dear Counsel:

      The Court entered an Order in the above-captioned case on February 8, 2005 granting Plaintiff's Motion To Compel Depositions. Since that time, there has been no activity in this case. Please advise the Court of the status of this action by **Thursday, July 28, 2005.**

Sincerely,

*Joseph J. Farnan Jr.*

JOSEPH J. FARNAN, JR.

JJFjr:rjp

cc:    Clerk, United States District Court