**ROSENTHAL, MONHAIT, GROSS & GODDESS, P. A.**
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
KEVIN GROSS
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567
E-MAIL RMGG@RMGGLAW.COM

July 28, 2005

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Lock Box 27
Wilmington, DE 19801

    Re:    **Levine v. Metal Recovery Technologies, et al**
             **Civil Action No. 96-525 JJF**

Dear Judge Farnan:

I write on behalf of plaintiff's counsel in response to the Court's letter dated July 14, 2005. Concurrently, we are filing with the Court Plaintiff's Motion for Preliminary Approval of Settlement, Dismissal of Certain Claims, Approval of Notice to Class, and Scheduling of Final Hearing, which addresses the status and proposed conclusion of this long pending matter at greater length.

Subsequent to the Court's February 8, 2005 Order, Plaintiff's counsel have further attempted without success to take the depositions of defendants Barron Chase and Gary Salter. We then investigated the status of those defendants to determine whether it makes sense to continue proceedings against them. In addition, we have continued to monitor the on-going bankruptcy proceedings of Metal Recovery Technologies, Inc.

As a result of those efforts, we have concluded that the appropriate course is to conclude this matter, given the facts that Barron Chase has ceased business and that Mr. Salter is out of the country and very likely judgment proof. Although we will continue to attempt to protect the Class' interests

The Honorable Joseph J. Farnan, Jr.
July 28, 2005
Page 2

in the context of MRTI's bankruptcy, we believe that the Court's on-going jurisdiction over the prior settlement with that defendant will allow us to seek any appropriate approvals that we may later need from this Court with respect to that matter. Accordingly, we are filing the above referenced motion to bring this case to an end.

If the Court finds this process acceptable, I suggest a hearing in early December to permit adequate time for notice. If the Court will advise me of available dates, I will be glad to communicate with other counsel regarding their schedules.

We would be happy to answer any questions the Court may have with respect to this matter.

Respectfully,

Norman M. Monhait
(DSBA No. 1040)

NMM/mcm

cc:   Joanne P. Pinckney, Esquire
      David B. Zlotnick, Esquire
      Donald B. Lewis, Esquire
      Clerk, U.S. District Court