# LAW OFFICES OF DAVID B. ZLOTNICK

1010 SECOND AVENUE, SUITE 1750
SAN DIEGO, CALIFORNIA 92101
(619) 232-0331
TELECOPIER (619) 232-4019     September 30, 2005

The Honorable Joseph J. Farnan
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:     Levine v. Metal Recovery Technologies, et al
          Civil Action No 96-525 JJF

Dear Judge Farnan:

I write with respect to the Class Settlement Hearing scheduled for December 1, 2005 in this matter.

I regret that, due to a number of factors, including the resignation of my primary office assistant, I was not able to get the Class Notice mailed by the deadline of September 19, which had been set by the Court's August 19, 2005 Order. Please understand that this was entirely my failing and that Mr. Monhait and his firm bear no responsibility in this regard.

I am now prepared to complete the mailing in short order and I believe that we can keep the December 1, 2005 Hearing Date the Court previously set and still provide adequate notice. Enclosed is an Amended Order Governing Class Notice, which I respectfully request the Court enter.

I would be happy to answer any questions Your Honor may have with respect to this matter.

Respectfully yours,

David B. Zlotnick

dbz/sj
Encl.
cc (w/encl): Norman Monhait, Esq.
                   Persons on Attached Service List

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

GERALD LEVINE, individually and
on behalf of all others similarly
situated,

     Plaintiff,

vs.

METAL RECOVERY TECHNOLOGIES, INC.,
formerly known as
MALVY TECHNOLOGY, INC.,
J. STEPHEN SMITH, ROY PEARCE,
WILLIAM M. GREENWOOD, and
MICHAEL LUCAS,

     Defendants.

CIVIL ACTION
NO. 95-690 JJF

---

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

GERALD LEVINE, individually and
on behalf of all others similarly
situated,

     Plaintiff,

vs.

METAL RECOVERY TECHNOLOGIES, INC.,
et al.

     Defendants.

CIVIL ACTION
NO. 96-525 JJF

---

## <u>AMENDED ORDER WITH RESPECT TO CLASS NOTICE</u>

  A.  By Order dated August 19, 2005 , this Court preliminarily approved the proposed settlement with Defendant Barron Chase Securities, Inc. and the dismissals described in Plaintiff's Motion for Preliminary Approval of Settlement, Dismissal of Certain Claims, Approval of Notice to the Class, and Scheduling of Final Hearing as being fair, reasonable and adequate to the Class, subject to further consideration at a Hearing on December 1, 2005.

B.    The Court further directed Plaintiff's Counsel to mail Notice of the Proposed Settlement and Dismissals within thirty (30) days to (a) each person who previously submitted an approved claim in this action; and to (b) each person identified on the records provided by Defendant Barron Chase as a potential member of the Class.

C.    Plaintiff's counsel have advised the Court they have not completed the above mailing, but are now able to do so.

D.    A mailing completed within the near future will leave sufficient time for Class Members to opt out and/or object to the proposed settlement and dismissals.

NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1.    Within five (5) business days of the date hereof, plaintiff shall, at his expense, cause a notice in the form previously approved by the Court to be reproduced and mailed by first-class mail, postage prepaid, to (1) each person who has previously submitted an approved claim in this action; and to (2) each person identified on the records provided by Defendant Barron Chase as a potential member of the Class.

2.    Plaintiff's counsel shall file with the Court an Affidavit of Mailing within ten (10) days of the mailing date referred to in paragraph 3, above, attesting to the mailing of the Notice.

3.    Notice given in the form and manner provided herein is found to be due, adequate and sufficient notice, and the best notice practicable under the circumstances, and shall constitute the notice required by Rule 23 of the Federal Rules of Civil Procedure.

4.    In all other respects, this Court's prior Order governing Class Notice and setting a Settlement Hearing for December 1, 2005 shall remain in full force and effect.

5.    The Court reserves the right to continue or adjourn the date of the Settlement Hearing and any adjournment thereof without further notice to the members of the Class, and retains

jurisdiction to consider all further applications arising out of or connected with the proposed settlement and dismissals.

SO ORDERED this ＿＿＿ day of ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿, 2005.


＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
The Honorable Joseph J. Farnan
U.S. District Judge

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I mailed a true and correct copy of the foregoing letter and Amended Order Governing Class Notice upon the following counsel and unrepresented parties on September 30, 2005, by first class mail, postage prepaid.

David S. Mandel, Esquire
MANDEL & McALILEY
1200 Alfred I. DuPont Building
169 East Flagler Street
Miami, FL 33131

Joanne P. Pinckney,  Esq.
Bouchard, Margules
  & Friedlander, P.A.
222 Delaware Avenue, Sute 1102
Wilmington, DE 19801

Brian D. Graifman, Esq.
GUSRAE, KAPLAN & BRUNO
120 Wall Street
New York, NY 10005

Mr. Jack Alexander
Hog Town Road
Mulberry, Arkansas 72947

Mr. Gary Salter
c/o Sheldon Skryzlo, Esq.
210 Dundas Street West
Toronto, ON M5G 2E8
Canada

Raymond Robin, Esq.
Olle Macauley & Zorilla
Suite 2200
One S.E. Third Ave.
Miami, FL 33131-1716

David B. Simpson, Esq.
Stein Simpson & Rosen
Suite 109
Two University Plaza
Hackensack, NJ 07601-6202

Mr. William Greenwood
10620 Bethany Drive
Aurora, CO 80014

Barron Chase Securities
7700 West Camino Real
Suite 200
Boca Raton, FL 33433

Dated: September 30, 2005

Norman M. Monhait (# 1040)
ROSENTHAL MONHAIT GROSS
      & GODDESS, P.A.
919 Market Street, Suite 1401
Citizens Bank center
P.O. Box 1070
Wilmington, Delaware 19899
(302) 656-4433
Email: nmonhait@rmgglaw.com