IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GERALD LEVINE, individually and
on behalf of all others similarly
situated,

    Plaintiff,

vs.

METAL RECOVERY TECHNOLOGIES, INC.,
formerly known as
MALVY TECHNOLOGY, INC.,
J. STEPHEN SMITH, ROY PEARCE,
WILLIAM M. GREENWOOD, and
MICHAEL LUCAS,

    Defendants.

CIVIL ACTION
NO. 95-690 JJF

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GERALD LEVINE, individually and
on behalf of all others similarly
situated,

    Plaintiff,

vs.

METAL RECOVERY TECHNOLOGIES, INC.,
et al.

    Defendants.

CIVIL ACTION
NO. 96-525 JJF

---

## AMENDED ORDER WITH RESPECT TO CLASS NOTICE

  A.  By Order dated August 19, 2005, this Court preliminarily approved the proposed settlement with Defendant Barron Chase Securities, Inc. and the dismissals described in Plaintiff's Motion for Preliminary Approval of Settlement, Dismissal of Certain Claims, Approval of Notice to the Class, and Scheduling of Final Hearing as being fair, reasonable and adequate to the Class, subject to further consideration at a Hearing on December 1, 2005.

B. The Court further directed Plaintiff's Counsel to mail Notice of the Proposed Settlement and Dismissals within thirty (30) days to (a) each person who previously submitted an approved claim in this action; and to (b) each person identified on the records provided by Defendant Barron Chase as a potential member of the Class.

C. Plaintiff's counsel have advised the Court they have not completed the above mailing, but are now able to do so.

D. A mailing completed within the near future will leave sufficient time for Class Members to opt out and/or object to the proposed settlement and dismissals.

NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. Within five (5) business days of the date hereof, plaintiff shall, at his expense, cause a notice in the form previously approved by the Court to be reproduced and mailed by first-class mail, postage prepaid, to (1) each person who has previously submitted an approved claim in this action; and to (2) each person identified on the records provided by Defendant Barron Chase as a potential member of the Class.

2. Plaintiff's counsel shall file with the Court an Affidavit of Mailing within ten (10) days of the mailing date referred to in paragraph 3, above, attesting to the mailing of the Notice.

3. Notice given in the form and manner provided herein is found to be due, adequate and sufficient notice, and the best notice practicable under the circumstances, and shall constitute the notice required by Rule 23 of the Federal Rules of Civil Procedure.

4. In all other respects, this Court's prior Order governing Class Notice and setting a Settlement Hearing for December 1, 2005 shall remain in full force and effect.

5. The Court reserves the right to continue or adjourn the date of the Settlement Hearing and any adjournment thereof without further notice to the members of the Class, and retains

jurisdiction to consider all further applications arising out of or connected with the proposed settlement and dismissals.

SO ORDERED this 4 day of October, 2005.

The Honorable Joseph J. Farnan, JR.
U.S. District Judge