IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RECEIVED
OCT 2 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

GERALD LEVINE, individually and
on behalf of all others similarly
situated,

    Plaintiff,

vs.

METAL RECOVERY TECHNOLOGIES, INC.,
formerly known as
MALVY TECHNOLOGY, INC.,
J. STEPHEN SMITH, ROY PEARCE,
WILLIAM M. GREENWOOD, and
MICHAEL LUCAS,

    Defendants.

CIVIL ACTION
NO. 95-690 JJF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GERALD LEVINE, individually and
on behalf of all others similarly
situated,

    Plaintiff,

vs.

METAL RECOVERY TECHNOLOGIES, INC.,
et al.

    Defendants.

CIVIL ACTION
NO. 96-525 JJF

### AMENDED ORDER WITH RESPECT TO CLASS NOTICE

  A. By Order dated August 19, 2005, this Court preliminarily approved the proposed settlement with Defendant Barron Chase Securities, Inc. and the dismissals described in Plaintiff's Motion for Preliminary Approval of Settlement, Dismissal of Certain Claims, Approval of Notice to the Class, and Scheduling of Final Hearing as being fair, reasonable and adequate to the Class, subject to further consideration at a Hearing on December 1, 2005.

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

USM X-RAY
OFFICIAL BUSINESS

Gary Salter
Gary Salter, pro se
300 Southeast Fifth Avenue
Apt. 5140
Boca Raton, FL 33432

RTN TO Sender Undeliverable as Addressed

WILMINGTON DE 198
PM 05 OCT 2005

SALT300   33432330018 1N   28  10/17/05
RETURN TO SENDER
NO FORWARD ORDER ON FILE
UNABLE TO FORWARD
RETURN TO SENDER

19801/3570    33432+3070