IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GERALD LEVINE, individually and
on behalf of all others similarly
situated,

         Plaintiff,

vs.

METAL RECOVERY TECHNOLOGIES,
INC., formerly known as
MALVY TECHNOLOGY, INC.,
J. STEPHEN SMITH, ROY PEARCE,
WILLIAM M. GREENWOOD, and
MICHAEL LUCAS,

         Defendants.

CIVIL ACTION
NO. 95-690 JJF

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GERALD LEVINE, individually and
on behalf of all others similarly
situated,

         Plaintiff,

vs.

METAL RECOVERY TECHNOLOGIES, INC.,
et al.

         Defendants.

CIVIL ACTION
NO. 96-525 JJF

**PLAINTIFF'S MOTION FOR FINAL
APPROVAL OF SETTLEMENT AND DISMISSAL
OF CERTAIN CLAIMS**

Plaintiff, by his attorneys, hereby moves the Court for final approval of an additional settlement in this action, and for the dismissal of all remaining claims in this matter. Plaintiff requests that the Court enter an Order and Final Judgment in the form submitted herewith. This

Motion is based upon the accompanying Memorandum of Law, the Declarations of Plaintiff's Counsel, and the record in this matter.

Dated: November 11, 2005

ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.

*/s/ Norman M. Monhait*
Norman M. Monhait (DSBA No. 1040)
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, Delaware 19899-1070
(302) 656-4433
Attorneys for Plaintiff

OF COUNSEL:

LAW OFFICES OF DAVID B. ZLOTNICK
1010 Second Avenue, Suite 1750
San Diego, California 92101
(619) 232-0331

LAW OFFICES OF DONALD B. LEWIS
5 Cynwyd Road
Bala Cynwyd, Pennsylvania 19004
(610) 668-0331

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of November, 2005, a copy of **Plaintiff's Motion For Final Approval Of Settlement And Dismissal Of Certain Claims** was served electronically upon:

> Joanne P. Pinckney, Esquire
> Bouchard Margules & Friedlander, P.A.
> 222 Delaware Avenue, Suite 1400
> Wilmington, Delaware 19899

**and** a copy was served by first class mail, postage prepaid, upon the following:

> Barron Chase Securities
> 7700 West Camino Real
> Suite 200
> Boca Raton, Florida 33433

Raymond L. Robin, Esquire
Olle Macaulay & Zorrilla, P.A.
Suite 2200
One S.E. Third Avenue
Miami, Florida 33131-1716

Mr. William M. Greenwood
*Pro Se*
10620 Bethany Drive
Aurora, Colorado 80014

Mr. Gary Salter
c/o Sheldon Skryzlo, Esquire
210 Dundas Street West
Toronto, ON M5G 2E8
Canada

Mr. Jack Alexander
Hog Town Road
Mulberry, AZ 72947

Brian D. Graifman, Esquire
Gusrae Kaplan & Bruno
120 Wall Street
New York, New York 10005

David B. Simpson, Esquire
Stein Simpson & Rosen, P.A.
Suite 109, Two University Plaza
Hackensack, NJ 07601-6202

David S. Mandel, Esquire
Mandel & McAliley
1200 Alfred I. DuPont Building
169 East Flagler Street
Miami, FL 33131

_____
Norman M. Monhait (# 1040)
ROSENTHAL MONHAIT GROSS
 & GODDESS, P.A.
919 Market Street, Suite 1401
Citizens Bank center
P.O. Box 1070
Wilmington, Delaware 19899
(302) 656-4433
Email: nmonhait@rmgglaw.com