IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GERALD LEVINE, individually and : 
on behalf of all others similarly : 
situated, :
                 Plaintiff, :
vs. :  CIVIL ACTION
                                  :  NO. 95-690 JJF
METAL RECOVERY TECHNOLOGIES, INC., :
formerly known as :
MALVY TECHNOLOGY, INC., :
J. STEPHEN SMITH, ROY PEARCE, :
WILLIAM M. GREENWOOD, and :
MICHAEL LUCAS, :
                 Defendants. :

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GERALD LEVINE, individually and :
on behalf of all others similarly :
situated, :
                 Plaintiff, :
vs. :  CIVIL ACTION
                                  :  NO. 96-525 JJF
METAL RECOVERY TECHNOLOGIES, INC., :
et al. :
                 Defendants. :

DECLARATION OF DONALD B. LEWIS, ESQUIRE
IN SUPPORT OF JOINT PETITION FOR ATTORNEYS'
FEES AND REIMBURSEMENT OF EXPENSES

    DONALD B. LEWIS, ESQUIRE declares as follows:

    1.  I am a member of the Bar of the Commonwealth of Pennsylvania and am the founder of and sole principal in the Law Offices of Donald B. Lewis. I make this declaration in support of

my firm's application for an award of attorneys' fees for services rendered to the Class in this litigation, and for reimbursement of expenses reasonably incurred in the course of such representation.

    2.   This firm's compensation for the services rendered is wholly contingent. Any fees and reimbursement of expenses will be limited to such amount as may be awarded by this Court.

    3.   Since June 2000, I have been actively involved in this litigation. Following the Court's approval of the initial settlement, I worked with the escrow agent to liquidate MRTI settlement stock in accordance with the terms and limitations of the escrow agreement negotiated by the parties. I have been active in monitoring the performance of the stock and following developments regarding the Company, and was called upon to answer inquiries from class members and nominees. I have consulted with other counsel in the litigation, and met in Indiana with bankruptcy counsel retained to protect the interests of the Company and the Class. I have participated in the drafting and editing of numerous documents, including the application to this Court to permit the release of funds for the purpose of engaging bankruptcy counsel and a bankruptcy claim for the class and status reports to the class. I have consulted regularly with principal counsel for the Class with respect to pursuit of the claims against Barron Chase and with respect to the claims against the non-settling defendants. I assisted in the drafting of discovery directed to the defendants, status reports to the

Court, and the motions for preliminary and final approval of the settlement.

4. During the period from June 1, 2000 through the present, I personally performed 198.50 or more hours of services in connection with this litigation, excluding time spent in connection with the May 25, 2000 settlement approval hearing. The lodestar value of that time is $102,425, computing time at my 2005 hourly rate of $505/hour.

5. During the period from May 1, 2000 through the present, my firm paid or incurred unreimbursed expenses in the total of $31,181.18. Those expenses were reasonably and necessarily incurred in connection with this litigation and Bankruptcy-related activities.

The expenses my firm has incurred directly are comprised of:

| | |
|---|---:|
| Reproduction/photocopying | $ 556.00 |
| Postage/nominee notice costs | 117.65 |
| Telecopier | 1,042.50 |
| Messenger/expedited delivery | 84.28 |
| Meals/hotels/transportation (including for travel to 12/1 hearing) | 488.80 |
| Telephone/Computer research | 408.78 |
| Net Unreimbursed Expenses: | $ 2,698.01 |

In addition, on behalf of all plaintiff's counsel, my firm has incurred fees and costs of $27,233.17 in this litigation for the services of Heffler, Radetich & Saitta, LLP, the Claims Administrator. Heffler Radetich has assisted in the providing of several class notices as well as in the processing of claims. To date its fees total $19,680 and its expenses total $7,546.17. My

3

firm has also incurred $1,500 in expense for the services of the Escrow Agent, Valley Forge Administrative Services.

The above-listed expenses incurred are reflected on the books and records of my law firm. Those books and records are prepared from checks, expense vouchers and other documents which are regularly kept and maintained by my law firm and accurately reflect the expenses incurred.

6. All of the services performed by my firm in connection with this litigation were reasonably necessary to the prosecution of this case.

7. The rates at which my firm seeks compensation are its usual and customary hourly rates charged for work performed for other clients, including non-contingent fee-paying clients. No adjustment was made, notwithstanding the complexity of the matters involved, the opposition encountered, the preclusion of other employment, the expected delay in payment, or other factors present in this case which might justify a higher rate of compensation. Since the inception of the firm, its rates, as they have existed at various times, have received regular judicial approval.

8. I make this declaration on November 10, 2005, at Bala Cynwyd, Pennsylvania, subject to the penalties for unsworn falsification to authorities contained in 18 Pa. C.S. §4904.

_____
Donald B. Lewis, Esquire

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of November, 2005, a copy of **Declaration Of Donald B. Lewis, Esquire In Support Of Joint Petition For Attorneys' Fees And Reimbursement Of Expenses** was served electronically upon:

> Joanne P. Pinckney, Esquire
> Bouchard Margules & Friedlander, P.A.
> 222 Delaware Avenue, Suite 1400
> Wilmington, Delaware 19899

**and** a copy was served by first class mail, postage prepaid, upon the following:

> Barron Chase Securities
> 7700 West Camino Real
> Suite 200
> Boca Raton, Florida 33433

Raymond L. Robin, Esquire
Olle Macaulay & Zorrilla, P.A.
Suite 2200
One S.E. Third Avenue
Miami, Florida 33131-1716

Mr. William M. Greenwood
*Pro Se*
10620 Bethany Drive
Aurora, Colorado 80014

Mr. Gary Salter
c/o Sheldon Skryzlo, Esquire
210 Dundas Street West
Toronto, ON M5G 2E8
Canada

Mr. Jack Alexander
Hog Town Road
Mulberry, AZ 72947

Brian D. Graifman, Esquire
Gusrae Kaplan & Bruno
120 Wall Street
New York, New York 10005

David B. Simpson, Esquire
Stein Simpson & Rosen, P.A.
Suite 109, Two University Plaza
Hackensack, NJ 07601-6202

David S. Mandel, Esquire
Mandel & McAliley
1200 Alfred I. DuPont Building
169 East Flagler Street
Miami, FL 33131

_____
Norman M. Monhait (# 1040)
ROSENTHAL MONHAIT GROSS
 & GODDESS, P.A.
919 Market Street, Suite 1401
Citizens Bank center
P.O. Box 1070
Wilmington, Delaware 19899
(302) 656-4433
Email: nmonhait@rmgglaw.com