**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

GERALD LEVINE, individually and       :
on behalf of all others similarly     :
situated,                             :
                                      :
                    Plaintiff,        :
                                      :
vs.                                   :        CIVIL ACTION
                                      :        NO. 95-690 JJF
METAL RECOVERY TECHNOLOGIES,          :
INC., formerly known as               :
MALVY TECHNOLOGY, INC.,               :
J. STEPHEN SMITH, ROY PEARCE,         :
WILLIAM M. GREENWOOD, and             :
MICHAEL LUCAS,                        :
                                      :
                    Defendants.       :
                                      :

---

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

GERALD LEVINE, individually and       :
on behalf of all others similarly     :
situated,                             :
                                      :
                    Plaintiff,        :
                                      :
vs.                                   :        CIVIL ACTION
                                      :        NO. 96-525 JJF
METAL RECOVERY TECHNOLOGIES, INC.,    :
et al.                                :
                                      :
                    Defendants.       :
                                      :

---

**DECLARATION OF NORMAN M. MONHAIT, ESQUIRE
IN SUPPORT OF JOINT PETITION FOR ATTORNEYS' FEES
AND REIMBURSEMENT OF EXPENSES**

I, NORMAN M. MONHAIT, declare as follows:

1.    I am a member of the Delaware bar and of Rosenthal Monhait Gross & Goddess, P.A.,

Delaware counsel for the plaintiff in this action.  I make this declaration in support of the application

of plaintiff's counsel for an award of attorneys' fees for services rendered to the Class in this litigation, and for reimbursement of expenses reasonably incurred in the course of such representation.

2.    My firm's compensation for the services rendered in this matter is wholly contingent. Any fees and reimbursement of expenses will be limited to such amount as the Court may award.

3.    My services in this matter subsequent to May 2000 have included communications regarding discovery, motions, and settlement; reviewing and revising drafts of and filing notices, motions, memoranda, and status reports; preparation and  filing of deposition notices; and consultation with other plaintiffs' counsel regarding litigation strategy.

4.    During the period from June 2000 to date, my work on this matter encompassed 16.5 hours.  The lodestar value of that time is $5,775.00 at my current hourly rate of $350.00.  I have reviewed my time records and believe that this time is appropriate and reasonably incurred in prosecuting this matter.

5.    From June 2000 to the present, my firm paid or incurred unreimbursed expenses in the total of $542.07.  Those expenses were reasonably and necessarily incurred in connection with  this litigation, and are comprised of:

| | |
|---|---|
| Courier Service | $  16.50 |
| Facsimile | 36.70 |
| Photocopying | 397.50 |
| Postage | 86.67 |
| Telephone | 4.70 |
| Total Expenses | $542.07 |

The above listed expenses incurred are reflected on the books and records of my law firm, which are regularly kept and maintained in the course of our practice and accurately reflect the expenses incurred.

6.    The hourly rate set forth above is my usual and customary hourly rate charged for work performed for non-contingent fee paying clients.

7.    I make this declaration on November 11, 2005 in Wilmington, Delaware, subject to the penalties for perjury provided by law.


_____
Norman M. Monhait (#1040)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of November, 2005, a copy of **Declaration Of Norman M. Monhait, Esquire In Support Of Joint Petition For Attorneys' Fees And Reimbursement Of Expenses** was served electronically upon:

> Joanne P. Pinckney, Esquire
> Bouchard Margules & Friedlander, P.A.
> 222 Delaware Avenue, Suite 1400
> Wilmington, Delaware  19899

**and** a copy was served by first class mail, postage prepaid, upon the following:

> Barron Chase Securities
> 7700 West Camino Real
> Suite 200
> Boca Raton, Florida 33433

Raymond L. Robin, Esquire
Olle Macaulay & Zorrilla, P.A.
Suite 2200
One S.E. Third Avenue
Miami, Florida 33131-1716

Mr. William M. Greenwood
*Pro Se*
10620 Bethany Drive
Aurora, Colorado  80014

Mr. Gary Salter
c/o Sheldon Skryzlo, Esquire
210 Dundas Street West
Toronto, ON M5G 2E8
Canada

Mr. Jack Alexander
Hog Town Road
Mulberry, AZ  72947

Brian D. Graifman, Esquire
Gusrae Kaplan & Bruno
120 Wall Street
New York, New York  10005

David B. Simpson, Esquire
Stein Simpson & Rosen, P.A.
Suite 109, Two University Plaza
Hackensack, NJ  07601-6202

David S. Mandel, Esquire
Mandel & McAliley
1200 Alfred I. DuPont Building
169 East Flagler Street
Miami, FL  33131

Norman M. Monhait (# 1040)
ROSENTHAL MONHAIT GROSS
  & GODDESS, P.A.
919 Market Street, Suite 1401
Citizens Bank center
P.O. Box 1070
Wilmington, Delaware 19899
(302) 656-4433
Email: nmonhait@rmgglaw.com