CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:96-cv-00525-JJF
### Internal Use Only

| | |
|---|---|
| Levine v. Metal Recovery Tech, et al | Date Filed: 10/31/1996 |
| Assigned to: Honorable Joseph J. Farnan, Jr. | Jury Demand: Both |
| Demand: $0 | Nature of Suit: 850 |
| Cause: 15:78m(a) Securities Exchange Act | Securities/Commodities |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Gerald Levine**  represented by  **Norman M. Monhait**
*individually and on behalf of all others*  Rosenthal Monhait & Goddess, P.A.
*similarly situated*  Citizens Bank Center, Suite 1401
  P.O. Box 1070
  Wilmington, DE 19899-1070
  (302) 656-4433
  Email: nmonhait@rmgglaw.com
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Metal Recovery Technologies, Inc.**  represented by  **Daniel A. Dreisbach**
*TERMINATED: 05/25/2000*  Richards, Layton & Finger
*formerly known as*  One Rodney Square
Malvy Technology Inc  P.O. Box 551
  Wilmington, DE 19899
  (302) 658-6541
  Email: dreisbach@RLF.com
  *TERMINATED: 05/25/2000*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Defendant**

**Jack Alexander**  represented by  **Jack Alexander**
*TERMINATED: 05/25/2000*  P.O. Box 114003
  Fort Smith, AR 72903
  *TERMINATED: 05/25/2000*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Lucas**  represented by  **Daniel A. Dreisbach**

*TERMINATED: 05/25/2000*

(See above for address)
*TERMINATED: 05/25/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michel Rabhi**
*TERMINATED: 05/25/2000*

**Defendant**

**Gary Salter**                        represented by   **Gary Salter**
Gary Salter, pro se
300 Southeast Fifth Avenue
Apt. 5140
Boca Raton, FL 33432
PRO SE

**Michael F. Bonkowski**
Saul Ewing LLP
222 Delaware Ave #1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800
Email: mbonkowski@saul.com
*TERMINATED: 03/31/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**SGA Goldstar Research, Inc.**

**Defendant**

**Barron Chase Securities, Inc.**      represented by   **Bruce E. Jameson**
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
Email: bejameson@prickett.com
*TERMINATED: 12/23/1998*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel P. Conneen**
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
*TERMINATED: 07/27/1998*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David J. Ferry, Jr.**
Ferry, Joseph & Pearce, P.A.
824 Market St., Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555
Email: dferry@ferryjoseph.com
*TERMINATED: 04/21/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Euroatlantic Securities, Inc.**
*TERMINATED: 03/18/1997*

**Defendant**

**La Jolla Capital Corp.**              represented by **Joel E. Friedlander**
*TERMINATED: 03/18/1997*                               Bouchard, Margules & Friedlander, P.A.
                                                      222 Delaware Avenue
                                                      Suite 1400
                                                      Wilmington, DE 19801
                                                      (302) 573-3500
                                                      Email: jfriedlander@bmf-law.com
                                                      *TERMINATED: 03/18/1997*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Cohig & Associates**                   represented by **Christopher J. Battaglia**
*TERMINATED: 03/18/1997*                                Biggs & Battaglia
                                                       921 North Orange Street
                                                       P.O. Box 1489
                                                       Wilmington, DE 19899
                                                       (302) 655-9677
                                                       *TERMINATED: 03/18/1997*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Gruntal and Company, Inc.**            represented by **William O. Lamotte, III**
*TERMINATED: 03/18/1997*                                Morris, Nichols, Arsht & Tunnell
                                                       1201 North Market Street
                                                       P.O. Box 1347
                                                       Wilmington, DE 19899
                                                       (302) 658-9200
                                                       Email: wlamotte@mnat.com

*TERMINATED: 03/18/1997*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Larry Turrell**     represented by     **David J. Margules**
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801
(302) 573-3500
Email: dmargules@BMF-law.com
*TERMINATED: 04/21/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joanne P. Pinckney**
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801
(302) 573-3500
Email: jpinckney@bmf-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Donald Henderson**
*TERMINATED: 03/18/1997*

**Defendant**

**Tom Brozel**
*TERMINATED: 03/18/1997*

**Defendant**

**Simon D. Baier**
*TERMINATED: 03/18/1997*

**Defendant**

**David W. D'Andrea**
*TERMINATED: 03/18/1997*

**Defendant**

**Joseph Micelli, Jr.**
*TERMINATED: 03/18/1997*

**Defendant**

**Nicolas J. Giandomenico**
*TERMINATED: 03/18/1997*

**Counter Claimant**

| | |
|---|---|
| **Jack Alexander**<br>*TERMINATED: 05/25/2000* | represented by **Jack Alexander**<br>(See above for address)<br>*TERMINATED: 05/25/2000*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | |
|---|---|
| **Michael Lucas**<br>*TERMINATED: 05/25/2000* | represented by **Daniel A. Dreisbach**<br>(See above for address)<br>*TERMINATED: 05/25/2000*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Counter Defendant**

**Michel Rabhi**
*TERMINATED: 05/25/2000*

**Cross Claimant**

| | |
|---|---|
| **Metal Recovery Technologies, Inc.**<br>*TERMINATED: 05/25/2000*<br>*formerly known as*<br>Malvy Technology Inc | represented by **Daniel A. Dreisbach**<br>(See above for address)<br>*TERMINATED: 05/25/2000*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Cross Claimant**

| | |
|---|---|
| **Michael Lucas**<br>*TERMINATED: 05/25/2000* | represented by **Daniel A. Dreisbach**<br>(See above for address)<br>*TERMINATED: 05/25/2000*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Cross Defendant**

| | |
|---|---|
| **Jack Alexander**<br>*TERMINATED: 05/25/2000* | represented by **Jack Alexander**<br>(See above for address)<br>*TERMINATED: 05/25/2000*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Cross Defendant**

**Gary Salter**

**Cross Defendant**

**SGA Goldstar Research, Inc.**

**Cross Defendant**

**Barron Chase Securities, Inc.**  represented by  **Bruce E. Jameson**
(See above for address)
*TERMINATED: 12/23/1998*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel P. Conneen**
(See above for address)
*TERMINATED: 07/27/1998*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David J. Ferry, Jr.**
(See above for address)
*TERMINATED: 04/21/2004*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Euroatlantic Securities, Inc.**
*TERMINATED: 03/18/1997*

**Cross Defendant**

**La Jolla Capital Corp.**
*TERMINATED: 03/18/1997*

**Cross Defendant**

**Cohig & Associates**
*TERMINATED: 03/18/1997*

**Cross Defendant**

**Gruntal and Company, Inc.**
*TERMINATED: 03/18/1997*

**Cross Defendant**

**Larry Turrell**

**Cross Defendant**

**Donald Henderson**
*TERMINATED: 03/18/1997*

**Cross Defendant**

**Tom Brozel**
*TERMINATED: 03/18/1997*

**Cross Defendant**

**Simon D. Baier**
*TERMINATED: 03/18/1997*

**Cross Defendant**

**David W. D'Andrea**
*TERMINATED: 03/18/1997*

**Cross Defendant**

**Joseph Micelli, Jr.**
*TERMINATED: 03/18/1997*

**Cross Defendant**

**Nicolas J. Giandomenico**
*TERMINATED: 03/18/1997*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/31/1996 | 1 | COMPLAINT filed; Magistrate consent notice to pltf. FILING FEE $ 120.00 RECEIPT # 114479 (sm) (Entered: 11/01/1996) |
| 10/31/1996 | | No summons issued (sm) (Entered: 11/01/1996) |
| 10/31/1996 | | DEMAND for jury trial by Gerald Levine (sm) (Entered: 11/01/1996) |
| 11/06/1996 | 2 | CASE assigned to Judge Joseph J. Farnan Jr. Notice to all parties. (ds) (Entered: 11/07/1996) |
| 11/12/1996 | 3 | Praecipe filed by Gerald Levine for issuance of summons re Simon D. Baier, Joseph Micelli, Jr., Donald Henderson, Nicholas H. Giandomenico, Gary Salter, Barron Chase Securities, Inc., Euro-Atlantic Securities, Inc., Cohig & Associates, La Jolla Capital Corp., Gruntal and Company, Inc., Tom Brozel, David D'Andrea, Jack Alexander, Michael Lucas and Metal Recovery (summons issued) (ssb) (Entered: 11/19/1996) |
| 11/14/1996 | 4 | RETURN OF SERVICE executed as to Metal Recovery Tech c/o Daniel A. Dreisbach, Esq. 11/13/96; Answer due on 12/3/96 for Metal Recovery Tech (ssb) (Entered: 11/19/1996) |
| 11/14/1996 | 5 | RETURN OF SERVICE executed as to Michael Lucas c/o Daniel A. Dreisbach, Esq. 11/13/96; Answer due on 12/3/96 for Michael Lucas (ssb) (Entered: 11/19/1996) |
| 11/27/1996 | 6 | RETURN OF SERVICE executed as to Jack Alexander 11/21/96 Answer due on 12/11/96 for Jack Alexander (ssb) (Entered: 12/04/1996) |
| 12/04/1996 | 7 | STIPULATION w/pro. order that the time w/i which deft. Metal Recovery and Lucas must resp. to complaint is extended until 1/10/97 (ssb) (Entered: 12/05/1996) |
| 12/04/1996 | | **Added for Metal Recovery Tech, Michael Lucas attorney Daniel A. Dreisbach (ssb) (Entered: 12/05/1996) |
| | | |

| | | |
|---|---|---|
| | | Schnee to Withdraw From Representation Of Barron Chase Securities, Inc. Answer Brief due 12/17/98 re: [109-1] motion (sm) (Entered: 12/07/1998) |
| 12/16/1998 | 110 | Letter to the Court dated 12/16/98 by Bruce E. Jameson, Esq. RE: Prickett, Jones, Elliott, Kristol & Schnee requests the Court grant their motion filed 12/3/98 to withdraw as counsel for dft. Barron Chase Securities, Inc. An additional proposed order is enclosed. (sm) (Entered: 12/18/1998) |
| 12/22/1998 | 111 | MOTION by Larry Turrell with Proposed Order to Place Documents Under Seal re: [111-1] motion (Exhibit A is a SEALED document, See D.I. 112) (sm) (Entered: 12/23/1998) |
| 12/22/1998 | 112 | EXHIBIT A Filed by Larry Turrell Appending Motion, D.I. 111 (SEALED) (sm) (Entered: 12/23/1998) |
| 12/23/1998 | | So Ordered GRANTING [109-1] motion for Prickett, Jones, Elliott, Kristol & Schnee to Withdraw From Representation Of Barron Chase Securities, Inc. (Terminated attorney Bruce E. Jameson for Barron Chase, ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (sm) (Entered: 12/23/1998) |
| 12/28/1998 | | So Ordered GRANTING [111-1] motion to Place Documents Under Seal ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (sm) (Entered: 12/28/1998) |
| 12/29/1998 | 113 | STIPULATION with proposed order For Partial Stay (SEALED) (sm) (Entered: 12/30/1998) |
| 01/05/1999 | 114 | Return of undeliverable mail sent to defendant Jack Alexander (No such number) (sm) (Entered: 01/06/1999) |
| 01/06/1999 | | So Ordered GRANTING [113-1] SEALED stipulation ( signed by Judge Joseph J. Farnan Jr. ) Notice to all parties. (sm) (Entered: 01/07/1999) |
| 01/15/1999 | 115 | REPORT of Rule 26(f) Conference by Gerald Levine (sm) (Entered: 01/20/1999) |
| 03/08/1999 | 116 | MOTION by Gerald Levine with Proposed Order For Class Certification Answer Brief due 3/22/99 re: [116-1] motion (sm) (Entered: 03/08/1999) |
| 03/08/1999 | 117 | MEMORANDUM OF LAW Filed by Gerald Levine [116-1] motion For Class Certification (sm) (Entered: 03/08/1999) |
| 03/08/1999 | 118 | Declaration of Plaintiff's Counsel In Support Of Class Certification And In Compliance With Local Rule 7.1.1. (sm) (Entered: 03/08/1999) |
| 03/23/1999 | 119 | DISCLOSURE STATEMENT Pursuant to Rule 26(a) by Gerald Levine (sm) (Entered: 03/23/1999) |
| 03/25/1999 | 120 | LETTER Filed by Barron Chase [116-1] motion For Class Certification - Reply Brief due 4/1/99 (sm) (Entered: 03/29/1999) |
| 03/29/1999 | 121 | Letter to the Court dated 3/29/99 by Norman M. Monhait, Esq. RE: |