OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 18, 2008

**TO: David J. Margules**, Esq.
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801
(302) 573-3500
Email: dmargules@BMF-law.com

Dear Counsel:     RE: CA 96-525 JJF Levine v. Metal Recovery Tech, et.al.

Pursuant to the Order entered on 8/10/2006, the following document is herewith returned to you:

    ITEM #:   112 and 113

A copy of the signed acknowledgment will be entered on the Court's docket.

Sincerely,

Peter T. Dalleo, Clerk

BY: _____
Ronald B. Eberhard, Deputy Clerk

TO: Clerk, U.S. District Court

I hereby acknowledge receipt of the above noted document(s), on: 1-22-08 .

_____
Signature of Attorney or